## STATE OF CONNECTICUT *v.* GREGORY SESSIONS (13817)

O'CONNELL, HEIMAN and SPEAR, Js.

Argued March 13—decision released April 4, 1995

*Bruce A. Sturman,* public defender, for the appellant (defendant).

*Michael L. Regan,* assistant state's attorney, with whom, on the brief, was *C. Robert Satti, Sr.,* state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.